GAVRILOV & BROOKS
J. EDWARD BROOKS, State Bar No. 247767
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovlaw.com

Attorneys for Plaintiff
CHRISTOPHER MACDEVITT


ANTHONY J. DECRISTOFORO SBN# 166171
anthony.decristoforo@ogletree.com
CHAMBORD V. BENTON-HAYES SBN# 278970
chambord.benton-hayes@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone: 916.840.3140
Facsimile: 916.840.3159

Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.,
(erroneously sued as RED ROBIN GOURMET BURGERS, INC.)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER MACDEVITT,<br><br>        Plaintiff,<br>    v.<br>RED ROBIN GOURMET BURGERS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case 2:16-CV-00634-JAM-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA:

Plaintiff CHRISTOPHER MACDEVITT and Defendant RED ROBIN

INTERNATIONAL, INC. (erroneously sued as RED ROBIN GOURMET BURGERS, INC.), by and through their respective attorneys, hereby stipulate the dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED AND AGREED:

GAVRILOV & BROOKS

Dated: August 8, 2017

By_____/s/ J. Edward Brooks
J. Edward Brooks
Attorneys for Plaintiff
CHRISTOPHER MACDEVITT

OGLETREE, DEAKINS, NASH & STEWART, P.C.

Dated: August 8, 2017

By_____/s/ Chambord V. Benton-Hayes
Anthony J. DeCristoforo
Chambord V. Benton-Hayes
Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.,
(erroneously sued as RED ROBIN GOURMET BURGERS, INC.)

1

**<u>ORDER</u>**

2  Based upon the foregoing stipulation and otherwise finding good cause therefor,

3  IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and

4 without an award of attorney's fees or costs to any party.

5

6 Dated: 8/9/2017        /s/ John A. Mendez_____

7                HON. JOHN A. MENDEZ
                 U. S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL